# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2015

Robert P. Young, Jr.,
Chief Justice

149537(59)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re WANGLER/PASCHKE, Minors.

SC: 149537
COA: 318186
Sanilac CC Family Division:
07-035009-NA

_____/

On order of the Chief Justice, the motion of respondent-appellant mother to direct the Sanilac Circuit Court to appoint attorney Brandon R. McNamee to represent her in the proceedings before this Court is GRANTED. The circuit court is respectfully requested to make the appointment within 35 days of the date of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2015

